IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PROTECTIVE LIFE INSURANCE
COMPANY, as successor-in-interest to
CHASE INSURANCE LIFE AND
ANNUITY COMPANY,

    Plaintiff,　　　　　　　　　　No. CIV-S-08-0035 JAM EFB

  vs.

RACHEL PHILLIPS,

    Defendant.　　　　　　　　　　ORDER
_____/

Plaintiff's application for entry of default judgment came on regularly for hearing before the assigned magistrate judge on May 21, 2008.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

On August 26, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed August 26, 2008, are adopted in full;

2. Plaintiff's application for entry of default judgment against defendant is granted;

3. Judgment is entered in plaintiff's favor and against defendant Phillips and Rachel Phillips shall take nothing under Chase life insurance policy number FK3627499 on the life of Rodney I. Phillips; and,

4. The Clerk is directed to close the case.

DATED: 9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE