UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Protective Life Insurance Company**

    v.

**Rachel Phillips**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-08cv0035 JAM EFB

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **Rachel Phillips**

September 26, 2008

VICTORIA C. MINOR, CLERK

By: /s/NDDuong_____
NDDuong, Deputy Clerk